1   DALE L. ALLEN, JR., State Bar No. 145279
    dallen@aghwlaw.com
2   PHILIP J. DOWNS, JR., State Bar No. 302939
    pdowns@aghwlaw.com
3   ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
    180 Montgomery Street, Suite 1200
4   San Francisco, CA  94104
    Telephone:     (415) 697-2000
5   Facsimile:     (415) 813-2045

6   Attorneys for Defendants
    PALO ALTO POLICE SGT. WAYNE BENITEZ
7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11  GUSTAVO ALVAREZ,                    Case No. 5:19-CV-02328-NC

12              Plaintiff,              **DEFENDANT PALO ALTO POLICE SGT.
                                        WAYNE BENITEZ' ANSWER TO
13      v.                              COMPLAINT FOR VIOLATIONS OF CIVIL
                                        RIGHTS**
14  CITY OF PALO ALTO, CITY OF PALO
    ALTO POLICE DEPARTMENT, PALO        **JURY TRIAL DEMANDED**
15  ALTO POLICE CHIEF ROBERT
    JONSEN, PALO ALTO POLICE SGT.       Hon. Nathaniel Cousins
16  WAYNE BENITEZ, PALO ALTO
    POLICE OFFICER CHRISTOPHER
17  CONDE, PALO ALTO POLICE AGENT       Trial:    None Set
    THOMAS ALAN DESTEFANO JR.,
18  PALO ALTO POLICE OFFICER
    MATTHEW HUBBARD, PALO ALTO
19  POLICE OFFICER JOHNSON (#7745),
    and DOES 1-70, JOINTLY AND
20  SEVERALLY,

21              Defendants.

22

23       Come now defendant PALO ALTO POLICE SGT. WAYNE BENITEZ and in answer to

24  the complaint on file herein admits, and alleges as follows:

25                         **INTRODUCTION**

26       1.      In answer to the allegations of paragraph 1 of the Introduction, but for that

27  admitted this defendant has no information or belief to enable him to answer said allegations, and

28

322187.1

1   for that reason and basing his denial on that ground, denies both generally and specifically, each

2   and every, all and singular, the allegations contained therein.

3        In answer to the allegations of paragraph 1 of the Introduction, beginning with the word

4   "Once," page 2, line 24 – page 3, line 1, this defendant admits the allegations contained therein.

5   ### NATURE OF THE ACTION

6       2.     Admit.

7   ### JURISDICTION

8       3.     Admit.

9       4.     Admit.

10      5.     Admit.

11      6.     Admit.

12  ### VENUE AND INTRADISTRICT ASSIGNMENT

13      7.     Admit.

14      8.     Admit.

15      9.     Admit.

16      10.     Admit.

17  ### PARTIES

18      11.     In answer to the allegations of paragraph 11 of Parties, this defendant has no

19  information or belief to enable him to answer said allegations, and for that reason and basing his

20  denial on that ground, denies both generally and specifically, each and every, all and singular, the

21  allegations contained therein.

22      12.     Admit.

23      13.     Admit.

24      14.     In answer to the allegations of paragraph 14 of Parties, this defendant has no

25  information or belief to enable him to answer said allegations, and for that reason and basing his

26  denial on that ground, denies both generally and specifically, each and every, all and singular, the

27  allegations contained therein.

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

15.     In answer to the allegations of paragraph 15 of Parties, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

16.     In answer to the allegations of paragraph 16 of Parties, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

17.     In answer to the allegations of paragraph 17 of Parties, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

18.     In answer to the allegations of paragraph 18 of Parties, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

19.     In answer to the allegations of paragraph 19 of Parties, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

20.     In answer to the allegations of paragraph 20 of Parties, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

21.     In answer to the allegations of paragraph 21 of Parties, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**
180 Montgomery Street, Suite 1200
San Francisco, California 94104

22.     In answer to the allegations of paragraph 22 of Parties, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

23.     In answer to the allegations of paragraph 23 of Parties, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

24.     In answer to the allegations of paragraph 24 of Parties, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

25.     In answer to the allegations of paragraph 25 of Parties, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

26.     In answer to the allegations of paragraph 26 of Parties, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

27.     In answer to the allegations of paragraph 27 of Parties, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

28.     In answer to the allegations of paragraph 28 of Parties, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1

**CLAIMS PROCEDURE**

2      29.    In answer to the allegations of paragraph 29 of Claims Procedure, this defendant

3 has no information or belief to enable him to answer said allegations, and for that reason and

4 basing his denial on that ground, denies both generally and specifically, each and every, all and

5 singular, the allegations contained therein.

6      30.    In answer to the allegations of paragraph 30 of Claims Procedure, this defendant

7 has no information or belief to enable him to answer said allegations, and for that reason and

8 basing his denial on that ground, denies both generally and specifically, each and every, all and

9 singular, the allegations contained therein.

10     31.    In answer to the allegations of paragraph 31 of Claims Procedure, this defendant

11 has no information or belief to enable him to answer said allegations, and for that reason and

12 basing his denial on that ground, denies both generally and specifically, each and every, all and

13 singular, the allegations contained therein.

14

**FACTUAL ALLEGATIONS**

15 **GUSTAVO ALVAREZ was Brutally Injured During an Unlawful Detention, Unlawful
Search, Unlawful Arrest, and Unprovoked Attack Perpetrated by Palo Alto Police Officers,
All of Which was Captured on ALVAREZ's Home Surveillance Camera.  Further,
16 ALVAREZ's Real and Personal Property was Taken, Damaged and/or Destroyed, without
Proper or Lawful Justification.**

17

18     32.    In answer to the allegations of paragraph 32 of Factual Allegations, this defendant

19 has no information or belief to enable him to answer said allegations, and for that reason and

20 basing his denial on that ground, denies both generally and specifically, each and every, all and

21 singular, the allegations contained therein.

22     33.    In answer to the allegations of paragraph 33 of Factual Allegations, this defendant

23 has no information or belief to enable him to answer said allegations, and for that reason and

24 basing his denial on that ground, denies both generally and specifically, each and every, all and

25 singular, the allegations contained therein.

26     34.    In answer to the allegations of paragraph 34 of Factual Allegations, this defendant

27 has no information or belief to enable him to answer said allegations, and for that reason and

28

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

1    basing his denial on that ground, denies both generally and specifically, each and every, all and

2    singular, the allegations contained therein.

3        35.      In answer to the allegations of paragraph 35 of Factual Allegations, this defendant

4    has no information or belief to enable him to answer said allegations, and for that reason and

5    basing his denial on that ground, denies both generally and specifically, each and every, all and

6    singular, the allegations contained therein.

7        36.      Admit.

8        37.      Admit.

9        38.      In answer to the allegations of paragraph 38 of Factual Allegations, this defendant

10   has no information or belief to enable him to answer said allegations, and for that reason and

11   basing his denial on that ground, denies both generally and specifically, each and every, all and

12   singular, the allegations contained therein.

13       39.      In answer to the allegations of paragraph 39 of Factual Allegations, this defendant

14   has no information or belief to enable him to answer said allegations, and for that reason and

15   basing his denial on that ground, denies both generally and specifically, each and every, all and

16   singular, the allegations contained therein.

17       40.      Admit.

18       41.      Admit.

19       42.      In answer to the allegations of paragraph 42 of Factual Allegations, this defendant

20   has no information or belief to enable him to answer said allegations, and for that reason and

21   basing his denial on that ground, denies both generally and specifically, each and every, all and

22   singular, the allegations contained therein.

23       43.      In answer to the allegations of paragraph 43 of Factual Allegations, this defendant

24   has no information or belief to enable him to answer said allegations, and for that reason and

25   basing his denial on that ground, denies both generally and specifically, each and every, all and

26   singular, the allegations contained therein.

27       44.      In answer to the allegations of paragraph 44 of Factual Allegations, this defendant

28   has no information or belief to enable him to answer said allegations, and for that reason and

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

1   basing his denial on that ground, denies both generally and specifically, each and every, all and

2   singular, the allegations contained therein.

3        45.     In answer to the allegations of paragraph 45 of Factual Allegations, this defendant

4   has no information or belief to enable him to answer said allegations, and for that reason and

5   basing his denial on that ground, denies both generally and specifically, each and every, all and

6   singular, the allegations contained therein.

7        46.     In answer to the allegations of paragraph 46 of Factual Allegations, this defendant

8   has no information or belief to enable him to answer said allegations, and for that reason and

9   basing his denial on that ground, denies both generally and specifically, each and every, all and

10  singular, the allegations contained therein.

11       47.     In answer to the allegations of paragraph 47 of Factual Allegations, this defendant

12  has no information or belief to enable him to answer said allegations, and for that reason and

13  basing his denial on that ground, denies both generally and specifically, each and every, all and

14  singular, the allegations contained therein.

15       48.     In answer to the allegations of paragraph 48 of Factual Allegations, this defendant

16  has no information or belief to enable him to answer said allegations, and for that reason and

17  basing his denial on that ground, denies both generally and specifically, each and every, all and

18  singular, the allegations contained therein.

19       49.     In answer to the allegations of paragraph 49 of Factual Allegations, this defendant

20  has no information or belief to enable him to answer said allegations, and for that reason and

21  basing his denial on that ground, denies both generally and specifically, each and every, all and

22  singular, the allegations contained therein.

23       50.     In answer to the allegations of paragraph 50 of Factual Allegations, this defendant

24  has no information or belief to enable him to answer said allegations, and for that reason and

25  basing his denial on that ground, denies both generally and specifically, each and every, all and

26  singular, the allegations contained therein.

27       51.     In answer to the allegations of paragraph 51 of Factual Allegations, this defendant

28  has no information or belief to enable him to answer said allegations, and for that reason and

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

1   basing his denial on that ground, denies both generally and specifically, each and every, all and

2   singular, the allegations contained therein.

3       52.     In answer to the allegations of paragraph 52 of Factual Allegations, this defendant

4   has no information or belief to enable him to answer said allegations, and for that reason and

5   basing his denial on that ground, denies both generally and specifically, each and every, all and

6   singular, the allegations contained therein.

7       53.     In answer to the allegations of paragraph 53 of Factual Allegations, this defendant

8   has no information or belief to enable him to answer said allegations, and for that reason and

9   basing his denial on that ground, denies both generally and specifically, each and every, all and

10  singular, the allegations contained therein.

11      54.     In answer to the allegations of paragraph 54 of Factual Allegations, this defendant

12  has no information or belief to enable him to answer said allegations, and for that reason and

13  basing his denial on that ground, denies both generally and specifically, each and every, all and

14  singular, the allegations contained therein.

15      55.     In answer to the allegations of paragraph 55 of Factual Allegations, this defendant

16  has no information or belief to enable him to answer said allegations, and for that reason and

17  basing his denial on that ground, denies both generally and specifically, each and every, all and

18  singular, the allegations contained therein.

19      56.     In answer to the allegations of paragraph 56 of Factual Allegations, this defendant

20  has no information or belief to enable him to answer said allegations, and for that reason and

21  basing his denial on that ground, denies both generally and specifically, each and every, all and

22  singular, the allegations contained therein.

23      57.     In answer to the allegations of paragraph 57 of Factual Allegations, this defendant

24  has no information or belief to enable him to answer said allegations, and for that reason and

25  basing his denial on that ground, denies both generally and specifically, each and every, all and

26  singular, the allegations contained therein.

27      58.     In answer to the allegations of paragraph 58 of Factual Allegations, this defendant

28  has no information or belief to enable him to answer said allegations, and for that reason and

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1   basing his denial on that ground, denies both generally and specifically, each and every, all and

2   singular, the allegations contained therein.

3          59.     In answer to the allegations of paragraph 59 of Factual Allegations, this defendant

4   has no information or belief to enable him to answer said allegations, and for that reason and

5   basing his denial on that ground, denies both generally and specifically, each and every, all and

6   singular, the allegations contained therein.

7          60.     In answer to the allegations of paragraph 60 of Factual Allegations, this defendant

8   has no information or belief to enable him to answer said allegations, and for that reason and

9   basing his denial on that ground, denies both generally and specifically, each and every, all and

10   singular, the allegations contained therein.

11          61.     In answer to the allegations of paragraph 61 of Factual Allegations, this defendant

12   has no information or belief to enable him to answer said allegations, and for that reason and

13   basing his denial on that ground, denies both generally and specifically, each and every, all and

14   singular, the allegations contained therein.

15          62.     In answer to the allegations of paragraph 62 of Factual Allegations, this defendant

16   has no information or belief to enable him to answer said allegations, and for that reason and

17   basing his denial on that ground, denies both generally and specifically, each and every, all and

18   singular, the allegations contained therein.

19          63.     In answer to the allegations of paragraph 63 of Factual Allegations, this defendant

20   has no information or belief to enable him to answer said allegations, and for that reason and

21   basing his denial on that ground, denies both generally and specifically, each and every, all and

22   singular, the allegations contained therein.

23          64.     In answer to the allegations of paragraph 64 of Factual Allegations, this defendant

24   has no information or belief to enable him to answer said allegations, and for that reason and

25   basing his denial on that ground, denies both generally and specifically, each and every, all and

26   singular, the allegations contained therein.

27          65.     In answer to the allegations of paragraph 65 of Factual Allegations, this defendant

28   has no information or belief to enable him to answer said allegations, and for that reason and

ANSWER TO COMPLAINT
5:19-CV-02328-NC

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

66.     In answer to the allegations of paragraph 66 of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

67.     In answer to the allegations of paragraph 67 of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

68.     In answer to the allegations of paragraph 68 of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

69.     In answer to the allegations of paragraph 69 of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

70.     In answer to the allegations of paragraph 70 of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

71.     In answer to the allegations of paragraph 71 of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

72.     In answer to the allegations of paragraph 72 of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that reason and

322187.1

1   basing his denial on that ground, denies both generally and specifically, each and every, all and

2   singular, the allegations contained therein.

3       73.     In answer to the allegations of paragraph 73 of Factual Allegations, this defendant

4   has no information or belief to enable him to answer said allegations, and for that reason and

5   basing his denial on that ground, denies both generally and specifically, each and every, all and

6   singular, the allegations contained therein.

7       74.     In answer to the allegations of paragraph 74 of Factual Allegations, this defendant

8   has no information or belief to enable him to answer said allegations, and for that reason and

9   basing his denial on that ground, denies both generally and specifically, each and every, all and

10  singular, the allegations contained therein.

11      75.     In answer to the allegations of paragraph 75 of Factual Allegations, this defendant

12  has no information or belief to enable him to answer said allegations, and for that reason and

13  basing his denial on that ground, denies both generally and specifically, each and every, all and

14  singular, the allegations contained therein.

15      76.     In answer to the allegations of paragraph 76 of Factual Allegations, this defendant

16  has no information or belief to enable him to answer said allegations, and for that reason and

17  basing his denial on that ground, denies both generally and specifically, each and every, all and

18  singular, the allegations contained therein.

19      77.     In answer to the allegations of paragraph 77 of Factual Allegations, this defendant

20  has no information or belief to enable him to answer said allegations, and for that reason and

21  basing his denial on that ground, denies both generally and specifically, each and every, all and

22  singular, the allegations contained therein.

23      78.     In answer to the allegations of paragraph 78 of Factual Allegations, this defendant

24  has no information or belief to enable him to answer said allegations, and for that reason and

25  basing his denial on that ground, denies both generally and specifically, each and every, all and

26  singular, the allegations contained therein.

27      79.     In answer to the allegations of paragraph 79 of Factual Allegations, this defendant

28  has no information or belief to enable him to answer said allegations, and for that reason and

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

1   basing his denial on that ground, denies both generally and specifically, each and every, all and

2   singular, the allegations contained therein.

3       80.     Admit.

4       81.     Admit.

5       82.     In answer to the allegations of paragraph 82 of Factual Allegations, this defendant

6   has no information or belief to enable him to answer said allegations, and for that reason and

7   basing his denial on that ground, denies both generally and specifically, each and every, all and

8   singular, the allegations contained therein.

9       83.     Admit.

10      84.     Admit.

11      85.     Admit.

12      86.     In answer to the allegations of paragraph 86 of Factual Allegations, this defendant

13  has no information or belief to enable him to answer said allegations, and for that reason and

14  basing his denial on that ground, denies both generally and specifically, each and every, all and

15  singular, the allegations contained therein.

16      87.     In answer to the allegations of paragraph 87 of Factual Allegations, this defendant

17  has no information or belief to enable him to answer said allegations, and for that reason and

18  basing his denial on that ground, denies both generally and specifically, each and every, all and

19  singular, the allegations contained therein.

20      88.     Admit.

21      89.     In answer to the allegations of paragraph 89 of Factual Allegations, this defendant

22  has no information or belief to enable him to answer said allegations, and for that reason and

23  basing his denial on that ground, denies both generally and specifically, each and every, all and

24  singular, the allegations contained therein.

25      90.     In answer to the allegations of paragraph 90 of Factual Allegations, this defendant

26  has no information or belief to enable him to answer said allegations, and for that reason and

27  basing his denial on that ground, denies both generally and specifically, each and every, all and

28  singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

91.    In answer to the allegations of paragraph 91 of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

92.    In answer to the allegations of paragraph 92 of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

a.-e.    In answer to the allegations of paragraph 92 a.-e. of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

f.    Admit.

g.    Admit.

h.    In answer to the allegations of paragraph 92 h. of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

93.    In answer to the allegations of paragraph 93 of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

94.    In answer to the allegations of paragraph 94 of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

95.    In answer to the allegations of paragraph 95 of Factual Allegations, beginning page 20, line 6 ending with "out!" this defendant has no information or belief to enable him to

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

322187.1

1   answer said allegations, and for that reason and basing his denial on that ground, denies both

2   generally and specifically, each and every, all and singular, the allegations contained therein.

3       In answer to the allegations of paragraph 95 of Factual Allegations, beginning with the

4   word "and Defendant," page 20, line 8-line 10, this defendant admits the allegations contained

5   therein.

6       96.     In answer to the allegations of paragraph 96 of Factual Allegations, this defendant

7   has no information or belief to enable him to answer said allegations, and for that reason and

8   basing his denial on that ground, denies both generally and specifically, each and every, all and

9   singular, the allegations contained therein.

10      97.     In answer to the allegations of paragraph 97 of Factual Allegations, this defendant

11  has no information or belief to enable him to answer said allegations, and for that reason and

12  basing his denial on that ground, denies both generally and specifically, each and every, all and

13  singular, the allegations contained therein.

14      98.     In answer to the allegations of paragraph 98 of Factual Allegations, this defendant

15  has no information or belief to enable him to answer said allegations, and for that reason and

16  basing his denial on that ground, denies both generally and specifically, each and every, all and

17  singular, the allegations contained therein.

18      99.     In answer to the allegations of paragraph 99 of Factual Allegations, this defendant

19  has no information or belief to enable him to answer said allegations, and for that reason and

20  basing his denial on that ground, denies both generally and specifically, each and every, all and

21  singular, the allegations contained therein.

22      100.    In answer to the allegations of paragraph 100 of Factual Allegations, this

23  defendant has no information or belief to enable him to answer said allegations, and for that

24  reason and basing his denial on that ground, denies both generally and specifically, each and

25  every, all and singular, the allegations contained therein.

26      101.    In answer to the allegations of paragraph 101 of Factual Allegations, this

27  defendant has no information or belief to enable him to answer said allegations, and for that

28  reason and basing his denial on that ground, denies both generally and specifically, each and

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1   every, all and singular, the allegations contained therein.

2       102.    In answer to the allegations of paragraph 102 of Factual Allegations, this

3   defendant has no information or belief to enable him to answer said allegations, and for that

4   reason and basing his denial on that ground, denies both generally and specifically, each and

5   every, all and singular, the allegations contained therein.

6       103.    In answer to the allegations of paragraph 103 of Factual Allegations, this

7   defendant has no information or belief to enable him to answer said allegations, and for that

8   reason and basing his denial on that ground, denies both generally and specifically, each and

9   every, all and singular, the allegations contained therein.

10      104.    Admit.

11      105.    In answer to the allegations of paragraph 105 a.-j. of Factual Allegations, this

12  defendant has no information or belief to enable him to answer said allegations, and for that

13  reason and basing his denial on that ground, denies both generally and specifically, each and

14  every, all and singular, the allegations contained therein.

15      106.    Admit.

16      In answer to the allegations of paragraph 106 of Factual Allegations, beginning page 23,

17  line 9-13 ending with "reports" this defendant has no information or belief to enable him to

18  answer said allegations, and for that reason and basing his denial on that ground, denies both

19  generally and specifically, each and every, all and singular, the allegations contained therein.

20      107.    In answer to the allegations of paragraph 107 a.-o. of Factual Allegations, this

21  defendant has no information or belief to enable him to answer said allegations, and for that

22  reason and basing his denial on that ground, denies both generally and specifically, each and

23  every, all and singular, the allegations contained therein.

24      In answer to the allegations of paragraph 107 p. of Factual Allegations, beginning with the

25  word "None," page 25, line 21, this defendant admits the allegations contained therein.

26      In answer to the allegations of paragraph 107 q. of Factual Allegations, this defendant has

27  no information or belief to enable him to answer said allegations, and for that reason and basing

28  his denial on that ground, denies both generally and specifically, each and every, all and singular,

ANSWER TO COMPLAINT
5:19-CV-02328-NC

the allegations contained therein.

108.    Admit.

109.    In answer to the allegations of paragraph 109 of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

110.    In answer to the allegations of paragraph 110 of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

111.    In answer to the allegations of paragraph 111 of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

112.    In answer to the allegations of paragraph 112 of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

113.    In answer to the allegations of paragraph 113 a.-f. of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

114.    In answer to the allegations of paragraph 114 of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

115.    In answer to the allegations of paragraph 115 of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

322187.1

1  reason and basing his denial on that ground, denies both generally and specifically, each and

2  every, all and singular, the allegations contained therein.

3      116.     In answer to the allegations of paragraph 116 of Factual Allegations, this

4  defendant has no information or belief to enable him to answer said allegations, and for that

5  reason and basing his denial on that ground, denies both generally and specifically, each and

6  every, all and singular, the allegations contained therein.

7      117.     In answer to the allegations of paragraph 117 of Factual Allegations, this

8  defendant has no information or belief to enable him to answer said allegations, and for that

9  reason and basing his denial on that ground, denies both generally and specifically, each and

10  every, all and singular, the allegations contained therein.

11     118.     In answer to the allegations of paragraph 118 of Factual Allegations, this

12  defendant has no information or belief to enable him to answer said allegations, and for that

13  reason and basing his denial on that ground, denies both generally and specifically, each and

14  every, all and singular, the allegations contained therein.

15     119.     In answer to the allegations of paragraph 119 of Factual Allegations, this

16  defendant has no information or belief to enable him to answer said allegations, and for that

17  reason and basing his denial on that ground, denies both generally and specifically, each and

18  every, all and singular, the allegations contained therein.

19     120.     In answer to the allegations of paragraph 120 of Factual Allegations, this

20  defendant has no information or belief to enable him to answer said allegations, and for that

21  reason and basing his denial on that ground, denies both generally and specifically, each and

22  every, all and singular, the allegations contained therein.

23     121.     In answer to the allegations of paragraph 121 of Factual Allegations, this

24  defendant has no information or belief to enable him to answer said allegations, and for that

25  reason and basing his denial on that ground, denies both generally and specifically, each and

26  every, all and singular, the allegations contained therein.

27     122.     In answer to the allegations of paragraph 122 of Factual Allegations, this

28  defendant has no information or belief to enable him to answer said allegations, and for that

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

1   reason and basing his denial on that ground, denies both generally and specifically, each and

2   every, all and singular, the allegations contained therein.

3        123.   Admit.

4        124.   Admit.

5        125.   Admit.

6        126.   In answer to the allegations of paragraph 126 of Factual Allegations, this

7   defendant has no information or belief to enable him to answer said allegations, and for that

8   reason and basing his denial on that ground, denies both generally and specifically, each and

9   every, all and singular, the allegations contained therein.

10        127.   In answer to the allegations of paragraph 127 of Factual Allegations, this

11   defendant has no information or belief to enable him to answer said allegations, and for that

12   reason and basing his denial on that ground, denies both generally and specifically, each and

13   every, all and singular, the allegations contained therein.

14   **Despite the Fact that all of the Criminal Charges Against GUSTAVO ALVAREZ were**
15   **Eventually Dismissed, Nonetheless, As a Result of the Unlawful Conduct by Palo Alto Police**
      **Officers, GUSTAVO ALVAREZ was Wrongfully Incarcerated, Maliciously Prosecuted,**
16   **and Subjected to Unwarranted Criminal Proceedings and Harassment.**

17        128.   In answer to the allegations of paragraph 128 a.-e. of Factual Allegations, this

18   defendant has no information or belief to enable him to answer said allegations, and for that

19   reason and basing his denial on that ground, denies both generally and specifically, each and

20   every, all and singular, the allegations contained therein.

21        129.   In answer to the allegations of paragraph 129 of Factual Allegations, this

22   defendant has no information or belief to enable him to answer said allegations, and for that

23   reason and basing his denial on that ground, denies both generally and specifically, each and

24   every, all and singular, the allegations contained therein.

25        130.   In answer to the allegations of paragraph 130 of Factual Allegations, this

26   defendant has no information or belief to enable him to answer said allegations, and for that

27   reason and basing his denial on that ground, denies both generally and specifically, each and

28   every, all and singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

1   131.    In answer to the allegations of paragraph 131 of Factual Allegations, this

2   defendant has no information or belief to enable him to answer said allegations, and for that

3   reason and basing his denial on that ground, denies both generally and specifically, each and

4   every, all and singular, the allegations contained therein.

5   132.    In answer to the allegations of paragraph 132 of Factual Allegations, this

6   defendant has no information or belief to enable him to answer said allegations, and for that

7   reason and basing his denial on that ground, denies both generally and specifically, each and

8   every, all and singular, the allegations contained therein.

9   **The Unconstitutional Policies, Training and Supervision of the City of Palo Alto and the**

10  **City of Palo Alto Police Department.**

11  133.    In answer to the allegations of paragraph 133 of Factual Allegations, this

12  defendant has no information or belief to enable him to answer said allegations, and for that

13  reason and basing his denial on that ground, denies both generally and specifically, each and

14  every, all and singular, the allegations contained therein.

15

16  134.    In answer to the allegations of paragraph 134 of Factual Allegations, this

17  defendant has no information or belief to enable him to answer said allegations, and for that

18  reason and basing his denial on that ground, denies both generally and specifically, each and

19  every, all and singular, the allegations contained therein.

20  135.    In answer to the allegations of paragraph 135 of Factual Allegations, this

21  defendant has no information or belief to enable him to answer said allegations, and for that

22  reason and basing his denial on that ground, denies both generally and specifically, each and

23  every, all and singular, the allegations contained therein.

24  136.    In answer to the allegations of paragraph 136 of Factual Allegations, this

25  defendant has no information or belief to enable him to answer said allegations, and for that

26  reason and basing his denial on that ground, denies both generally and specifically, each and

27  every, all and singular, the allegations contained therein.

28  137.    In answer to the allegations of paragraph 137 of Factual Allegations, this

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

138.   In answer to the allegations of paragraph 138 of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

139.   In answer to the allegations of paragraph 139 of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

140.   In answer to the allegations of paragraph 140 of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

141.   In answer to the allegations of paragraph 141 of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

142.   In answer to the allegations of paragraph 142 of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

143.   In answer to the allegations of paragraph 143 of Factual Allegations, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

144.   In answer to the allegations of paragraph 144 of Factual Allegations, this

ANSWER TO COMPLAINT
5:19-CV-02328-NC

1   defendant has no information or belief to enable him to answer said allegations, and for that

2   reason and basing his denial on that ground, denies both generally and specifically, each and

3   every, all and singular, the allegations contained therein.

4          145.    In answer to the allegations of paragraph 145 of Factual Allegations, this

5   defendant has no information or belief to enable him to answer said allegations, and for that

6   reason and basing his denial on that ground, denies both generally and specifically, each and

7   every, all and singular, the allegations contained therein.

8          146.    In answer to the allegations of paragraph 146 of Factual Allegations, this

9   defendant has no information or belief to enable him to answer said allegations, and for that

10   reason and basing his denial on that ground, denies both generally and specifically, each and

11   every, all and singular, the allegations contained therein.

12          147.    In answer to the allegations of paragraph 147 of Factual Allegations, this

13   defendant has no information or belief to enable him to answer said allegations, and for that

14   reason and basing his denial on that ground, denies both generally and specifically, each and

15   every, all and singular, the allegations contained therein.

16          148.    In answer to the allegations of paragraph 148 of Factual Allegations, this

17   defendant has no information or belief to enable him to answer said allegations, and for that

18   reason and basing his denial on that ground, denies both generally and specifically, each and

19   every, all and singular, the allegations contained therein.

20          149.    In answer to the allegations of paragraph 149 of Factual Allegations, this

21   defendant has no information or belief to enable him to answer said allegations, and for that

22   reason and basing his denial on that ground, denies both generally and specifically, each and

23   every, all and singular, the allegations contained therein.

24          150.    In answer to the allegations of paragraph 150 of Factual Allegations, this

25   defendant has no information or belief to enable him to answer said allegations, and for that

26   reason and basing his denial on that ground, denies both generally and specifically, each and

27   every, all and singular, the allegations contained therein.

28          151.    In answer to the allegations of paragraph 151 of Factual Allegations, this

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## **DAMAGES**

152.    In answer to the allegations of paragraph 152 of Damages, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

153.    In answer to the allegations of paragraph 153 of Damages, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

154.    In answer to the allegations of paragraph 154 of Damages, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

155.    In answer to the allegations of paragraph 155 of Damages, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

156.    In answer to the allegations of paragraph 156 of Damages, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

157.    In answer to the allegations of paragraph 157 of Damages, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

158.    In answer to the allegations of paragraph 158 of Damages, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## CLAIMS FOR RELIEF

### FIRST CAUSE OF ACTION
#### (Violation of Civil Rights – 42 U.S.C. § 1983)
#### (Against Defendants CONDE, BENITEZ, DESTEFANO, HUBBARD, JOHNSON, JONSEN, and DOES 1 thru 70, inclusive)

159.    In answer to the allegations of paragraph 159 of the First Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

160.    In answer to the allegations of paragraph 160 of the First Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

161.    In answer to the allegations of paragraph 161 of the First Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

162.    In answer to the allegations of paragraph 162 of the First Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

163.    In answer to the allegations of paragraph 163 of the First Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

322187.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

164.     In answer to the allegations of paragraph 164 of the First Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

165.     In answer to the allegations of paragraph 165 of the First Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

166.     In answer to the allegations of paragraph 166 of the First Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

167.     In answer to the allegations of paragraph 167 of the First Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

168.     In answer to the allegations of paragraph 168 of the First Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

169.     In answer to the allegations of paragraph 169 of the First Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

170.     In answer to the allegations of paragraph 170 of the First Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

1    171.    In answer to the allegations of paragraph 171 of the First Cause of Action, this

2    defendant has no information or belief to enable him to answer said allegations, and for that

3    reason and basing his denial on that ground, denies both generally and specifically, each and

4    every, all and singular, the allegations contained therein.

5    172.    In answer to the allegations of paragraph 172 a.-g. of the First Cause of Action,

6    this defendant has no information or belief to enable him to answer said allegations, and for that

7    reason and basing his denial on that ground, denies both generally and specifically, each and

8    every, all and singular, the allegations contained therein.

9    173.    In answer to the allegations of paragraph 173 of the First Cause of Action, this

10   defendant has no information or belief to enable him to answer said allegations, and for that

11   reason and basing his denial on that ground, denies both generally and specifically, each and

12   every, all and singular, the allegations contained therein.

13   174.    In answer to the allegations of paragraph 174 of the First Cause of Action, this

14   defendant has no information or belief to enable him to answer said allegations, and for that

15   reason and basing his denial on that ground, denies both generally and specifically, each and

16   every, all and singular, the allegations contained therein.

17   175.    In answer to the allegations of paragraph 175 of the First Cause of Action, this

18   defendant has no information or belief to enable him to answer said allegations, and for that

19   reason and basing his denial on that ground, denies both generally and specifically, each and

20   every, all and singular, the allegations contained therein.

21   176.    In answer to the allegations of paragraph 176 of the First Cause of Action, this

22   defendant has no information or belief to enable him to answer said allegations, and for that

23   reason and basing his denial on that ground, denies both generally and specifically, each and

24   every, all and singular, the allegations contained therein.

25   177.    In answer to the allegations of paragraph 177 of the First Cause of Action, this

26   defendant has no information or belief to enable him to answer said allegations, and for that

27   reason and basing his denial on that ground, denies both generally and specifically, each and

28   every, all and singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1    178.    In answer to the allegations of paragraph 178 of the First Cause of Action, this

2   defendant has no information or belief to enable him to answer said allegations, and for that

3   reason and basing his denial on that ground, denies both generally and specifically, each and

4   every, all and singular, the allegations contained therein.

5    179.    In answer to the allegations of paragraph 179 of the First Cause of Action, this

6   defendant has no information or belief to enable him to answer said allegations, and for that

7   reason and basing his denial on that ground, denies both generally and specifically, each and

8   every, all and singular, the allegations contained therein.

9    180.    In answer to the allegations of paragraph 180 of the First Cause of Action, this

10   defendant has no information or belief to enable him to answer said allegations, and for that

11   reason and basing his denial on that ground, denies both generally and specifically, each and

12   every, all and singular, the allegations contained therein.

13    181.    In answer to the allegations of paragraph 181 of the First Cause of Action, this

14   defendant has no information or belief to enable him to answer said allegations, and for that

15   reason and basing his denial on that ground, denies both generally and specifically, each and

16   every, all and singular, the allegations contained therein.

17    182.    In answer to the allegations of paragraph 182 of the First Cause of Action, this

18   defendant has no information or belief to enable him to answer said allegations, and for that

19   reason and basing his denial on that ground, denies both generally and specifically, each and

20   every, all and singular, the allegations contained therein.

21    183.    In answer to the allegations of paragraph 183 of the First Cause of Action, this

22   defendant has no information or belief to enable him to answer said allegations, and for that

23   reason and basing his denial on that ground, denies both generally and specifically, each and

24   every, all and singular, the allegations contained therein.

25    184.    In answer to the allegations of paragraph 184 of the First Cause of Action, this

26   defendant has no information or belief to enable him to answer said allegations, and for that

27   reason and basing his denial on that ground, denies both generally and specifically, each and

28   every, all and singular, the allegations contained therein.

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

185.   In answer to the allegations of paragraph 185 of the First Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

186.   In answer to the allegations of paragraph 186 of the First Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

187.   In answer to the allegations of paragraph 187 of the First Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

188.   In answer to the allegations of paragraph 188 of the First Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

189.   In answer to the allegations of paragraph 189 of the First Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## SECOND CAUSE OF ACTION
**(Violation of Civil Rights – 42 U.S.C. § 1983 – *Monell* Liability)**
**(Against Defendants City of Palo Alto and City of Palo Alto Police Department, Chief Jonsen and DOES 1 thru 70, inclusive)**

190.   In answer to the allegations of paragraph 190 of the Second Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

191.   In answer to the allegations of paragraph 191 of the Second Cause of Action, this

322187.1

1 defendant has no information or belief to enable him to answer said allegations, and for that

2 reason and basing his denial on that ground, denies both generally and specifically, each and

3 every, all and singular, the allegations contained therein.

4      192.    In answer to the allegations of paragraph 192 of the Second Cause of Action, this

5 defendant has no information or belief to enable him to answer said allegations, and for that

6 reason and basing his denial on that ground, denies both generally and specifically, each and

7 every, all and singular, the allegations contained therein.

8      193.    In answer to the allegations of paragraph 193 of the Second Cause of Action, this

9 defendant has no information or belief to enable him to answer said allegations, and for that

10 reason and basing his denial on that ground, denies both generally and specifically, each and

11 every, all and singular, the allegations contained therein.

12      194.    In answer to the allegations of paragraph 194 of the Second Cause of Action, this

13 defendant has no information or belief to enable him to answer said allegations, and for that

14 reason and basing his denial on that ground, denies both generally and specifically, each and

15 every, all and singular, the allegations contained therein.

16      195.    In answer to the allegations of paragraph 195 of the Second Cause of Action, this

17 defendant has no information or belief to enable him to answer said allegations, and for that

18 reason and basing his denial on that ground, denies both generally and specifically, each and

19 every, all and singular, the allegations contained therein.

20      196.    In answer to the allegations of paragraph 196 of the Second Cause of Action, this

21 defendant has no information or belief to enable him to answer said allegations, and for that

22 reason and basing his denial on that ground, denies both generally and specifically, each and

23 every, all and singular, the allegations contained therein.

24      197.    In answer to the allegations of paragraph 197 of the Second Cause of Action, this

25 defendant has no information or belief to enable him to answer said allegations, and for that

26 reason and basing his denial on that ground, denies both generally and specifically, each and

27 every, all and singular, the allegations contained therein.

28      198.    In answer to the allegations of paragraph 198 of the Second Cause of Action, this

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

199.   In answer to the allegations of paragraph 199 of the Second Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

200.   In answer to the allegations of paragraph 200 of the Second Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

201.   In answer to the allegations of paragraph 201 of the Second Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

202.   In answer to the allegations of paragraph 202 of the Second Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

203.   In answer to the allegations of paragraph 203 of the Second Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

204.   In answer to the allegations of paragraph 204 of the Second Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

205.   In answer to the allegations of paragraph 205 of the Second Cause of Action, this

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

1   defendant has no information or belief to enable him to answer said allegations, and for that

2   reason and basing his denial on that ground, denies both generally and specifically, each and

3   every, all and singular, the allegations contained therein.

4                                          **THIRD CAUSE OF ACTION**
                                    **(First Amendment – Free Speech, 42 U.S.C. § 1983)**
5   **(Plaintiff Against Defendants CONDE, BENITEZ, DESTEFANO, HUBBARD, JOHNSON,**
                                          **and DOES 1 thru 70, inclusive)**
6

7       206.    In answer to the allegations of paragraph 206 of the Third Cause of Action, this

8   defendant has no information or belief to enable him to answer said allegations, and for that

9   reason and basing his denial on that ground, denies both generally and specifically, each and

10  every, all and singular, the allegations contained therein.

11      207.    In answer to the allegations of paragraph 207 of the Third Cause of Action, this

12  defendant has no information or belief to enable him to answer said allegations, and for that

13  reason and basing his denial on that ground, denies both generally and specifically, each and

14  every, all and singular, the allegations contained therein.

15      208.    In answer to the allegations of paragraph 208 of the Third Cause of Action, this

16  defendant has no information or belief to enable him to answer said allegations, and for that

17  reason and basing his denial on that ground, denies both generally and specifically, each and

18  every, all and singular, the allegations contained therein.

19      209.    In answer to the allegations of paragraph 209 of the Third Cause of Action, this

20  defendant has no information or belief to enable him to answer said allegations, and for that

21  reason and basing his denial on that ground, denies both generally and specifically, each and

22  every, all and singular, the allegations contained therein.

23      210.    In answer to the allegations of paragraph 210 of the Third Cause of Action, this

24  defendant has no information or belief to enable him to answer said allegations, and for that

25  reason and basing his denial on that ground, denies both generally and specifically, each and

26  every, all and singular, the allegations contained therein.

27      211.    In answer to the allegations of paragraph 211 of the Third Cause of Action, this

28  defendant has no information or belief to enable him to answer said allegations, and for that

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

1  reason and basing his denial on that ground, denies both generally and specifically, each and

2  every, all and singular, the allegations contained therein.

3    212.    In answer to the allegations of paragraph 212 of the Third Cause of Action, this

4  defendant has no information or belief to enable him to answer said allegations, and for that

5  reason and basing his denial on that ground, denies both generally and specifically, each and

6  every, all and singular, the allegations contained therein.

7    213.    In answer to the allegations of paragraph 213 of the Third Cause of Action, this

8  defendant has no information or belief to enable him to answer said allegations, and for that

9  reason and basing his denial on that ground, denies both generally and specifically, each and

10  every, all and singular, the allegations contained therein.

## FOURTH CAUSE OF ACTION

**(First Amendment and Fourteenth Amendment, 42 U.S.C. § 1983 – *Monell* Liability)**
**(Against Defendants City of Palo Alto, City of Palo Alto Police Department, Chief Jonsen**
**and DOES 1 thru 70, inclusive)**

14    214.    In answer to the allegations of paragraph 214 of the Fourth Cause of Action, this

15  defendant has no information or belief to enable him to answer said allegations, and for that

16  reason and basing his denial on that ground, denies both generally and specifically, each and

17  every, all and singular, the allegations contained therein.

18    215.    Admit.

19    216.    In answer to the allegations of paragraph 216 of the Fourth Cause of Action, this

20  defendant has no information or belief to enable him to answer said allegations, and for that

21  reason and basing his denial on that ground, denies both generally and specifically, each and

22  every, all and singular, the allegations contained therein.

23    217.    In answer to the allegations of paragraph 217 of the Fourth Cause of Action, this

24  defendant has no information or belief to enable him to answer said allegations, and for that

25  reason and basing his denial on that ground, denies both generally and specifically, each and

26  every, all and singular, the allegations contained therein.

27    218.    In answer to the allegations of paragraph 218 of the Fourth Cause of Action, this

28  defendant has no information or belief to enable him to answer said allegations, and for that

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

219.    In answer to the allegations of paragraph 219 of the Fourth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

220.    In answer to the allegations of paragraph 220 of the Fourth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

221.    In answer to the allegations of paragraph 221 of the Fourth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

222.    In answer to the allegations of paragraph 222 of the Fourth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

223.    In answer to the allegations of paragraph 223 of the Fourth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

224.    In answer to the allegations of paragraph 224 of the Fourth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

225.    In answer to the allegations of paragraph 225 of the Fourth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

1   reason and basing his denial on that ground, denies both generally and specifically, each and

2   every, all and singular, the allegations contained therein.

3        226.    In answer to the allegations of paragraph 226 of the Fourth Cause of Action, this

4   defendant has no information or belief to enable him to answer said allegations, and for that

5   reason and basing his denial on that ground, denies both generally and specifically, each and

6   every, all and singular, the allegations contained therein.

7        227.    In answer to the allegations of paragraph 227 of the Fourth Cause of Action, this

8   defendant has no information or belief to enable him to answer said allegations, and for that

9   reason and basing his denial on that ground, denies both generally and specifically, each and

10  every, all and singular, the allegations contained therein.

11       228.    In answer to the allegations of paragraph 228 of the Fourth Cause of Action, this

12  defendant has no information or belief to enable him to answer said allegations, and for that

13  reason and basing his denial on that ground, denies both generally and specifically, each and

14  every, all and singular, the allegations contained therein.

15       229.    In answer to the allegations of paragraph 229 of the Fourth Cause of Action, this

16  defendant has no information or belief to enable him to answer said allegations, and for that

17  reason and basing his denial on that ground, denies both generally and specifically, each and

18  every, all and singular, the allegations contained therein.

19       230.    In answer to the allegations of paragraph 230 of the Fourth Cause of Action, this

20  defendant has no information or belief to enable him to answer said allegations, and for that

21  reason and basing his denial on that ground, denies both generally and specifically, each and

22  every, all and singular, the allegations contained therein.

23       231.    In answer to the allegations of paragraph 231 of the Fourth Cause of Action, this

24  defendant has no information or belief to enable him to answer said allegations, and for that

25  reason and basing his denial on that ground, denies both generally and specifically, each and

26  every, all and singular, the allegations contained therein.

27  / / /

28  / / /

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

## FIFTH CAUSE OF ACTION
### (State Created Danger - 42 U.S.C. § 1983)
### (Plaintiff Against Defendants CONDE, BENITEZ, DESTEFANO, HUBBARD, JOHNSON, and DOES 1 thru 70, inclusive)

232.    In answer to the allegations of paragraph 232 of the Fifth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

233.    In answer to the allegations of paragraph 233 of the Fifth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

234.    In answer to the allegations of paragraph 234 of the Fifth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

235.    In answer to the allegations of paragraph 235 of the Fifth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

236.    In answer to the allegations of paragraph 236 of the Fifth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

237.    In answer to the allegations of paragraph 237 of the Fifth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

238.    In answer to the allegations of paragraph 238 of the Fifth Cause of Action, this

ANSWER TO COMPLAINT
5:19-CV-02328-NC

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

239.    In answer to the allegations of paragraph 239 of the Fifth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

240.    In answer to the allegations of paragraph 240 of the Fifth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

241.    In answer to the allegations of paragraph 241 of the Fifth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## SIXTH CAUSE OF ACTION
### (Conspiracy to Violate Civil Rights, 42 U.S.C. § 1985)
### (Against Defendants CONDE, BENITEZ, DESTEFANO, HUBBARD, JOHNSON, and DOES 1 thru 70, inclusive)

242.    In answer to the allegations of paragraph 242 of the Sixth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

243.    In answer to the allegations of paragraph 243 of the Sixth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

244.    In answer to the allegations of paragraph 244 of the Sixth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that

322187.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1  reason and basing his denial on that ground, denies both generally and specifically, each and

2  every, all and singular, the allegations contained therein.

3      245.    In answer to the allegations of paragraph 245 of the Sixth Cause of Action, this

4  defendant has no information or belief to enable him to answer said allegations, and for that

5  reason and basing his denial on that ground, denies both generally and specifically, each and

6  every, all and singular, the allegations contained therein.

7      246.    In answer to the allegations of paragraph 246 of the Sixth Cause of Action, this

8  defendant has no information or belief to enable him to answer said allegations, and for that

9  reason and basing his denial on that ground, denies both generally and specifically, each and

10  every, all and singular, the allegations contained therein.

11      247.    In answer to the allegations of paragraph 247 of the Sixth Cause of Action, this

12  defendant has no information or belief to enable him to answer said allegations, and for that

13  reason and basing his denial on that ground, denies both generally and specifically, each and

14  every, all and singular, the allegations contained therein.

15      248.    In answer to the allegations of paragraph 248 of the Sixth Cause of Action, this

16  defendant has no information or belief to enable him to answer said allegations, and for that

17  reason and basing his denial on that ground, denies both generally and specifically, each and

18  every, all and singular, the allegations contained therein.

19      249.    In answer to the allegations of paragraph 249 of the Sixth Cause of Action, this

20  defendant has no information or belief to enable him to answer said allegations, and for that

21  reason and basing his denial on that ground, denies both generally and specifically, each and

22  every, all and singular, the allegations contained therein.

23      250.    In answer to the allegations of paragraph 250 of the Sixth Cause of Action, this

24  defendant has no information or belief to enable him to answer said allegations, and for that

25  reason and basing his denial on that ground, denies both generally and specifically, each and

26  every, all and singular, the allegations contained therein.

27  / / /

28  / / /

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

**SEVENTH CAUSE OF ACTION**
**(Supervisor Liability, 42 U.S.C. § 1983)**
**(Against Defendants BENITEZ and DOES 1 thru 70, inclusive)**

251.    In answer to the allegations of paragraph 251 of the Seventh Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

252.    In answer to the allegations of paragraph 252 of the Seventh Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

253.    In answer to the allegations of paragraph 253 of the Seventh Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

254.    In answer to the allegations of paragraph 254 of the Seventh Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

255.    In answer to the allegations of paragraph 255 of the Seventh Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

256.    In answer to the allegations of paragraph 256 of the Seventh Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

257.    In answer to the allegations of paragraph 257 of the Seventh Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that

322187.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1   reason and basing his denial on that ground, denies both generally and specifically, each and

2   every, all and singular, the allegations contained therein.

3        258.    In answer to the allegations of paragraph 258 of the Seventh Cause of Action, this

4   defendant has no information or belief to enable him to answer said allegations, and for that

5   reason and basing his denial on that ground, denies both generally and specifically, each and

6   every, all and singular, the allegations contained therein.

7        259.    In answer to the allegations of paragraph 259 of the Seventh Cause of Action, this

8   defendant has no information or belief to enable him to answer said allegations, and for that

9   reason and basing his denial on that ground, denies both generally and specifically, each and

10   every, all and singular, the allegations contained therein.

11        260.    In answer to the allegations of paragraph 260 of the Seventh Cause of Action, this

12   defendant has no information or belief to enable him to answer said allegations, and for that

13   reason and basing his denial on that ground, denies both generally and specifically, each and

14   every, all and singular, the allegations contained therein.

15        261.    In answer to the allegations of paragraph 261 of the Seventh Cause of Action, this

16   defendant has no information or belief to enable him to answer said allegations, and for that

17   reason and basing his denial on that ground, denies both generally and specifically, each and

18   every, all and singular, the allegations contained therein.

19        262.    In answer to the allegations of paragraph 262 of the Seventh Cause of Action, this

20   defendant has no information or belief to enable him to answer said allegations, and for that

21   reason and basing his denial on that ground, denies both generally and specifically, each and

22   every, all and singular, the allegations contained therein.

### EIGHTH CAUSE OF ACTION
**(Bane Act, California Civil Code § 57.1)**
**(Against All Defendants)**

25        263.    In answer to the allegations of paragraph 263 of the Eighth Cause of Action, this

26   defendant has no information or belief to enable him to answer said allegations, and for that

27   reason and basing his denial on that ground, denies both generally and specifically, each and

28   every, all and singular, the allegations contained therein.

322187.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

264.    In answer to the allegations of paragraph 264 of the Eighth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

265.    In answer to the allegations of paragraph 265 of the Eighth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

266.    In answer to the allegations of paragraph 266 a.-g. of the Eighth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

267.    In answer to the allegations of paragraph 267 of the Eighth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

268.    In answer to the allegations of paragraph 268 of the Eighth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## NINTH CAUSE OF ACTION
### (Ralph Act, California Civil Code § 52.1)
### (Against All Defendants)

269.    In answer to the allegations of paragraph 269 of the Ninth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

270.    In answer to the allegations of paragraph 270 of the Ninth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that

322187.1

reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

271.    In answer to the allegations of paragraph 271 of the Ninth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

272.    In answer to the allegations of paragraph 272 of the Ninth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

273.    In answer to the allegations of paragraph 273 of the Ninth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

274.    In answer to the allegations of paragraph 274 of the Ninth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

275.    In answer to the allegations of paragraph 275 of the Ninth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

276.    In answer to the allegations of paragraph 276 of the Ninth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

277.    In answer to the allegations of paragraph 277 of the Ninth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO COMPLAINT
5:19-CV-02328-NC

1    reason and basing his denial on that ground, denies both generally and specifically, each and

2    every, all and singular, the allegations contained therein.

3        278.    In answer to the allegations of paragraph 278 of the Ninth Cause of Action, this

4    defendant has no information or belief to enable him to answer said allegations, and for that

5    reason and basing his denial on that ground, denies both generally and specifically, each and

6    every, all and singular, the allegations contained therein.

7        279.    In answer to the allegations of paragraph 279 of the Ninth Cause of Action, this

8    defendant has no information or belief to enable him to answer said allegations, and for that

9    reason and basing his denial on that ground, denies both generally and specifically, each and

10   every, all and singular, the allegations contained therein.

11       280.    In answer to the allegations of paragraph 280 of the Ninth Cause of Action, this

12   defendant has no information or belief to enable him to answer said allegations, and for that

13   reason and basing his denial on that ground, denies both generally and specifically, each and

14   every, all and singular, the allegations contained therein.

15                              **TENTH CAUSE OF ACTION**
                                      **(ASSAULT)**
16                              **(Against All Defendants)**

17       281.    In answer to the allegations of paragraph 281 of the Tenth Cause of Action, this

18   defendant has no information or belief to enable him to answer said allegations, and for that

19   reason and basing his denial on that ground, denies both generally and specifically, each and

20   every, all and singular, the allegations contained therein.

21       282.    In answer to the allegations of paragraph 282 of the Tenth Cause of Action, this

22   defendant has no information or belief to enable him to answer said allegations, and for that

23   reason and basing his denial on that ground, denies both generally and specifically, each and

24   every, all and singular, the allegations contained therein.

25       283.    In answer to the allegations of paragraph 283 of the Tenth Cause of Action, this

26   defendant has no information or belief to enable him to answer said allegations, and for that

27   reason and basing his denial on that ground, denies both generally and specifically, each and

28   every, all and singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

1   284.   In answer to the allegations of paragraph 284 of the Tenth Cause of Action, this

2   defendant has no information or belief to enable him to answer said allegations, and for that

3   reason and basing his denial on that ground, denies both generally and specifically, each and

4   every, all and singular, the allegations contained therein.

5   285.   In answer to the allegations of paragraph 285 of the Tenth Cause of Action, this

6   defendant has no information or belief to enable him to answer said allegations, and for that

7   reason and basing his denial on that ground, denies both generally and specifically, each and

8   every, all and singular, the allegations contained therein.

9   286.   In answer to the allegations of paragraph 286 of the Tenth Cause of Action, this

10  defendant has no information or belief to enable him to answer said allegations, and for that

11  reason and basing his denial on that ground, denies both generally and specifically, each and

12  every, all and singular, the allegations contained therein.

13  **ELEVENTH CAUSE OF ACTION**
**(BATTERY)**
14  **(Against All Defendants)**

15  287.   In answer to the allegations of paragraph 287 of the Eleventh Cause of Action, this

16  defendant has no information or belief to enable him to answer said allegations, and for that

17  reason and basing his denial on that ground, denies both generally and specifically, each and

18  every, all and singular, the allegations contained therein.

19  288.   In answer to the allegations of paragraph 288 of the Eleventh Cause of Action, this

20  defendant has no information or belief to enable him to answer said allegations, and for that

21  reason and basing his denial on that ground, denies both generally and specifically, each and

22  every, all and singular, the allegations contained therein.

23  289.   In answer to the allegations of paragraph 289 of the Eleventh Cause of Action, this

24  defendant has no information or belief to enable him to answer said allegations, and for that

25  reason and basing his denial on that ground, denies both generally and specifically, each and

26  every, all and singular, the allegations contained therein.

27  290.   In answer to the allegations of paragraph 290 of the Eleventh Cause of Action, this

28  defendant has no information or belief to enable him to answer said allegations, and for that

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

1    reason and basing his denial on that ground, denies both generally and specifically, each and

2    every, all and singular, the allegations contained therein.

3        291.    In answer to the allegations of paragraph 291 of the Eleventh Cause of Action, this

4    defendant has no information or belief to enable him to answer said allegations, and for that

5    reason and basing his denial on that ground, denies both generally and specifically, each and

6    every, all and singular, the allegations contained therein.

7        292.    In answer to the allegations of paragraph 292 of the Eleventh Cause of Action, this

8    defendant has no information or belief to enable him to answer said allegations, and for that

9    reason and basing his denial on that ground, denies both generally and specifically, each and

10   every, all and singular, the allegations contained therein.

11       293.    In answer to the allegations of paragraph 293 of the Eleventh Cause of Action, this

12   defendant has no information or belief to enable him to answer said allegations, and for that

13   reason and basing his denial on that ground, denies both generally and specifically, each and

14   every, all and singular, the allegations contained therein.

15       294.    In answer to the allegations of paragraph 294 of the Eleventh Cause of Action, this

16   defendant has no information or belief to enable him to answer said allegations, and for that

17   reason and basing his denial on that ground, denies both generally and specifically, each and

18   every, all and singular, the allegations contained therein.

19       295.    In answer to the allegations of paragraph 295 of the Eleventh Cause of Action, this

20   defendant has no information or belief to enable him to answer said allegations, and for that

21   reason and basing his denial on that ground, denies both generally and specifically, each and

22   every, all and singular, the allegations contained therein.

## TWELFTH CAUSE OF ACTION
### (CONVERSION)
### (Against All Defendants)

25       296.    In answer to the allegations of paragraph 296 of the Twelfth Cause of Action, this

26   defendant has no information or belief to enable him to answer said allegations, and for that

27   reason and basing his denial on that ground, denies both generally and specifically, each and

28   every, all and singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

322187.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

297. In answer to the allegations of paragraph 297 of the Twelfth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

298. In answer to the allegations of paragraph 298 of the Twelfth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

299. In answer to the allegations of paragraph 299 of the Twelfth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

300. In answer to the allegations of paragraph 300 of the Twelfth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

301. In answer to the allegations of paragraph 301 of the Twelfth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

302. In answer to the allegations of paragraph 302 of the Twelfth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

303. In answer to the allegations of paragraph 303 of the Twelfth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

322187.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

## THIRTEENTH CAUSE OF ACTION
### (TRESPASS)
### (Against All Defendants)

304.    In answer to the allegations of paragraph 304 of the Thirteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

305.    In answer to the allegations of paragraph 305 of the Thirteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

306.    In answer to the allegations of paragraph 306 of the Thirteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

307.    In answer to the allegations of paragraph 307 of the Thirteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

308.    In answer to the allegations of paragraph 308 of the Thirteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

309.    In answer to the allegations of paragraph 309 of the Thirteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

310.    In answer to the allegations of paragraph 310 of the Thirteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

1   reason and basing his denial on that ground, denies both generally and specifically, each and

2   every, all and singular, the allegations contained therein.

3       311.    In answer to the allegations of paragraph 311 of the Thirteenth Cause of Action,

4   this defendant has no information or belief to enable him to answer said allegations, and for that

5   reason and basing his denial on that ground, denies both generally and specifically, each and

6   every, all and singular, the allegations contained therein.

7       312.    In answer to the allegations of paragraph 312 of the Thirteenth Cause of Action,

8   this defendant has no information or belief to enable him to answer said allegations, and for that

9   reason and basing his denial on that ground, denies both generally and specifically, each and

10  every, all and singular, the allegations contained therein.

11      313.    In answer to the allegations of paragraph 313 of the Thirteenth Cause of Action,

12  this defendant has no information or belief to enable him to answer said allegations, and for that

13  reason and basing his denial on that ground, denies both generally and specifically, each and

14  every, all and singular, the allegations contained therein.

15      314.    In answer to the allegations of paragraph 314 of the Thirteenth Cause of Action,

16  this defendant has no information or belief to enable him to answer said allegations, and for that

17  reason and basing his denial on that ground, denies both generally and specifically, each and

18  every, all and singular, the allegations contained therein.

19                          **FOURTEENTH CAUSE OF ACTION**
                                  **(TRESPASS TO CHATTELS)**
20                              **(Against All Defendants)**

21      315.    In answer to the allegations of paragraph 315 of the Fourteenth Cause of Action,

22  this defendant has no information or belief to enable him to answer said allegations, and for that

23  reason and basing his denial on that ground, denies both generally and specifically, each and

24  every, all and singular, the allegations contained therein.

25      316.    In answer to the allegations of paragraph 316 of the Fourteenth Cause of Action,

26  this defendant has no information or belief to enable him to answer said allegations, and for that

27  reason and basing his denial on that ground, denies both generally and specifically, each and

28  every, all and singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

317.     In answer to the allegations of paragraph 317 of the Fourteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

318.     In answer to the allegations of paragraph 318 of the Fourteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

319.     In answer to the allegations of paragraph 319 of the Fourteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

320.     In answer to the allegations of paragraph 320 of the Fourteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

321.     In answer to the allegations of paragraph 321 of the Fourteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

322.     In answer to the allegations of paragraph 322 of the Fourteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

323.     In answer to the allegations of paragraph 323 of the Fourteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

322187.1

324.     In answer to the allegations of paragraph 324 of the Fourteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

**FIFTEENTH CAUSE OF ACTION**
**(CIVIL CONSPIRACY)**
**(Against All Defendants)**

325.     In answer to the allegations of paragraph 325 of the Fifteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

326.     In answer to the allegations of paragraph 326 of the Fifteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

327.     In answer to the allegations of paragraph 327 of the Fifteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

328.     In answer to the allegations of paragraph 328 of the Fifteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

329.     In answer to the allegations of paragraph 329 of the Fifteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

330.     In answer to the allegations of paragraph 330 of the Fifteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

322187.1

1  reason and basing his denial on that ground, denies both generally and specifically, each and

2  every, all and singular, the allegations contained therein.

3      331.    In answer to the allegations of paragraph 331 of the Fifteenth Cause of Action, this

4  defendant has no information or belief to enable him to answer said allegations, and for that

5  reason and basing his denial on that ground, denies both generally and specifically, each and

6  every, all and singular, the allegations contained therein.

7      332.    In answer to the allegations of paragraph 332 of the Fifteenth Cause of Action, this

8  defendant has no information or belief to enable him to answer said allegations, and for that

9  reason and basing his denial on that ground, denies both generally and specifically, each and

10  every, all and singular, the allegations contained therein.

11      333.    In answer to the allegations of paragraph 333 of the Fifteenth Cause of Action, this

12  defendant has no information or belief to enable him to answer said allegations, and for that

13  reason and basing his denial on that ground, denies both generally and specifically, each and

14  every, all and singular, the allegations contained therein.

15
16                          **SIXTEENTH CAUSE OF ACTION**
                                    **(NEGLIGENCE)**
                              **(Against All Defendants)**

17      334.    In answer to the allegations of paragraph 334 of the Sixteenth Cause of Action,

18  this defendant has no information or belief to enable him to answer said allegations, and for that

19  reason and basing his denial on that ground, denies both generally and specifically, each and

20  every, all and singular, the allegations contained therein.

21      335.    Admit.

22      336.    Admit.

23      337.    Admit as to paragraph 337 a.-e., and g.

24      In answer to the allegations of paragraph 337 f., and h. of the Sixteenth Cause of Action,

25  this defendant has no information or belief to enable him to answer said allegations, and for that

26  reason and basing his denial on that ground, denies both generally and specifically, each and

27  every, all and singular, the allegations contained therein.

28      338.    In answer to the allegations of paragraph 338 of the Sixteenth Cause of Action,

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

339.    In answer to the allegations of paragraph 339 of the Sixteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

340.    In answer to the allegations of paragraph 340 of the Sixteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

341.    In answer to the allegations of paragraph 341 of the Sixteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

342.    In answer to the allegations of paragraph 342 of the Sixteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

343.    In answer to the allegations of paragraph 343 of the Sixteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

344.    In answer to the allegations of paragraph 344 of the Sixteenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

/ / /

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

322187.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

## SEVENTEENTH CAUSE OF ACTION
### (INTENTIONAL INVLICTION OF EMOTIONAL DISTRESS)
### (Plaintiff ALVAREZ Against All Defendants)

345.    In answer to the allegations of paragraph 345 of the Seventeenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

346.    In answer to the allegations of paragraph 346 of the Seventeenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

347.    In answer to the allegations of paragraph 347 of the Seventeenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

348.    In answer to the allegations of paragraph 348 of the Seventeenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

349.    In answer to the allegations of paragraph 349 of the Seventeenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

350.    In answer to the allegations of paragraph 350 of the Seventeenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

351.    In answer to the allegations of paragraph 351 of the Seventeenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that

322187.1

reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

352.    In answer to the allegations of paragraph 352 of the Seventeenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

353.    In answer to the allegations of paragraph 353 of the Seventeenth Cause of Action, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

**PRAYER FOR RELIEF**

1.    In answer to the allegations of paragraph 1 of the Prayer for Relief, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

2.    In answer to the allegations of paragraph 2 of the Prayer for Relief, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

3.    In answer to the allegations of paragraph 3 of the Prayer for Relief, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

4.    In answer to the allegations of paragraph 4 of the Prayer for Relief, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

5.    In answer to the allegations of paragraph 5 of the Prayer for Relief, this defendant

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

6.       In answer to the allegations of paragraph 6 of the Prayer for Relief, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

7.       In answer to the allegations of paragraph 7 of the Prayer for Relief, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

8.       In answer to the allegations of paragraph 8 of the Prayer for Relief, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

9.       In answer to the allegations of paragraph 8 of the Prayer for Relief, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

**DEMAND**

Defendant demands a Jury Trial.

FIRST AFFIRMATIVE DEFENSE

AS AND FOR A FIRST, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

That plaintiff assumed the risk of any injuries and/or damages resulting from the matters set forth in said complaint, and that said assumption of risk by plaintiff was a cause of the injuries and/or damages alleged by plaintiff, if any there were.

/ / /

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>SECOND AFFIRMATIVE DEFENSE</u>

AS AND FOR A SECOND, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

That plaintiff was himself negligent and careless in and about the matters and events set forth in the complaint, and that said negligence contributed to his alleged injuries and/or damages. A verdict of the jury in favor of plaintiff, if any, which may be rendered in this case must therefore be reduced by the percentage that plaintiff's negligence contributed to the accident and injuries complained of, if any there were.

<u>THIRD AFFIRMATIVE DEFENSE</u>

AS AND FOR A THIRD, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

Plaintiff's cause of action is barred by reason of the provisions of California Code of Civil Procedure sections 335.1, 340, and 343.

<u>FOURTH AFFIRMATIVE DEFENSE</u>

AS AND FOR A FOURTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

Plaintiff failed to mitigate his damages.

<u>FIFTH AFFIRMATIVE DEFENSE</u>

AS AND FOR A FIFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

Plaintiff was guilty of willful misconduct and wanton and reckless behavior in and about the matters and events set forth in said complaint; and that said willful misconduct and wanton and reckless behavior contributed to the injuries and damages alleged, if any there were.

<u>SIXTH AFFIRMATIVE DEFENSE</u>

AS AND FOR A SIXTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

That plaintiff willfully, wrongfully, unlawfully, and without just cause or provocation made an assault and battery against and upon the person of defendant; defendant thereupon

ANSWER TO COMPLAINT
5:19-CV-02328-NC

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1  necessarily defended himself and such acts of force complained of were committed in the

2  necessary protection of defendant's body and person.

3      Prior to the time when defendant is alleged to have committed the acts complained of,

4  plaintiff willfully, wrongfully, and unlawfully made an assault upon defendant and would have

5  beaten, bruised, and ill-treated him if defendant had not immediately defended himself against

6  said assault; and in so doing, defendant necessarily and unavoidably came in contact with plaintiff

7  and threatened plaintiff, but no more than was necessary for said defense.

8      Any damages or injuries suffered by plaintiff were occasioned by his own wrongful acts;

9  and the acts of defendant mentioned above are the same acts of which plaintiff complains.

10                          SEVENTH AFFIRMATIVE DEFENSE

11     AS AND FOR A SEVENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

12  ALLEGES:

13     Prior to the time when defendant is alleged to have committed the acts complained of,

14  plaintiff invited, gave permission to, and consented to the acts alleged in the complaint.  Each of

15  the acts alleged in the complaint, which acts are expressly denied, was done within the scope of

16  this consent and permission.

17                          EIGHTH AFFIRMATIVE DEFENSE

18     AS AND FOR A EIGHTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

19  ALLEGES:

20     The plaintiff willfully and wrongfully provoked the altercation in which he was involved,

21  and said provocation by plaintiff was a cause of the injuries and damages allegedly sustained.

22                          NINTH AFFIRMATIVE DEFENSE

23     AS AND FOR A NINTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

24  ALLEGES:

25     As a further, separate, affirmative defense, defendant alleges that it is entitled to a set-off

26  of any damages recovered by plaintiff.

27  / / /

28  / / /

322187.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

TENTH AFFIRMATIVE DEFENSE

AS AND FOR A TENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

Defendant alleges that plaintiff failed to set forth the facts sufficient to state a cause of action due to a failure to comply with claims requirements of the California Government Code §§ 900 et. seq.

ELEVENTH AFFIRMATIVE DEFENSE

AS AND FOR A ELEVENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

Defendant City of Palo Alto's alleged employee Sgt. Wayne Benitez mentioned in plaintiff's complaint was, at all times, duly qualified, appointed and acting police sergeant of City of Palo Alto and peace officer of the State of California and in accordance with the Constitution of the United States and the State of California and the laws of the United States and the laws of the State of California; and at all times mentioned herein, said Sgt. Wayne Benitez was engaged in the performance of his regularly assigned duties within the scope of his duties as peace officer of the City of Palo Alto.

TWELFTH AFFIRMATIVE DEFENSE

AS AND FOR A TWELFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

This answering defendant is immune from liability pursuant to the provisions of §§ 815, 815.2, 818, 820.2, 820.4, 820.6, 820.8, 820.9, 821.6, 844.6, and 845.6 of the Government Code of the State of California.

THIRTEENTH AFFIRMATIVE DEFENSE

AS AND FOR A THIRTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

Defendants are immune from 42 U.S.C. §1983 liability pursuant to the doctrine of qualified immunity. See *White v. Pauly*, 137 S. Ct. 548 (2017), *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011) and *Harlow v. Fitzgerald*, 457 U.S. 800 (1982).

322187.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1  FOURTEENTH AFFIRMATIVE DEFENSE

2  AS AND FOR A FOURTEENTH, SEPARATE AND DISTINCT DEFENSE,

3  DEFENDANT ALLEGES:

4  Plaintiff has wholly failed to plead facts which give rise to any colorable claim for

5  punitive or exemplary damages against defendants, nor do any such facts exist.

6  FIFTEENTH AFFIRMATIVE DEFENSE

7  AS AND FOR A FIFTEENTH, SEPARATE AND DISTINCT DEFENSE,

8  DEFENDANT ALLEGES:

9  Plaintiff's claims for punitive or exemplary damages violate defendants' right to

10  procedural due process, substantive due process, and protection from "excessive" fines as

11  guaranteed by the Fifth, Fourteenth, and Eighth Amendments to the United States Constitution,

12  respectively, and the Constitution of the State of California.

13  SIXTEENTH AFFIRMATIVE DEFENSE

14  AS AND FOR A SIXTEENTH, SEPARATE AND DISTINCT DEFENSE,

15  DEFENDANT ALLEGES:

16  Defendant is informed and believes that the complaint and each cause of action thereof is

17  barred by the doctrines of laches, unclean hands, waiver and estoppel.

18  WHEREFORE, defendant prays that plaintiff takes nothing by way of the complaint on

19  file herein and that defendant has judgment for his costs, attorneys' fees and for such other and

20  further relief as the court deems proper.

21

22  Respectfully submitted,

23  Dated:  July 11, 2019          ALLEN, GLAESSNER,
                                   HAZELWOOD & WERTH, LLP

24

25  By:  ___/s/_____
         DALE L. ALLEN, JR.
26       PHILIP J. DOWNS, JR.
         Attorneys for Defendant
27       PALO   ALTO   POLICE   SGT.   WAYNE
         BENITEZ

28

ANSWER TO COMPLAINT
5:19-CV-02328-NC

322187.1