| | |
|---|---|
| CODY B.K. SALFEN (SBN 309228)<br>**THE SALFEN LAW FIRM**<br>111 N. Market St., Suite 300<br>San Jose, CA 95113<br>Telephone : (408) 724-9996<br>Facsimile : (877) 516-4189<br>Email: Cody@SalfenLaw.com<br><br>SAMUEL J. GORDON (SBN 305045)<br>**THE GORDON LAW GROUP**<br>1885 The Alameda, Suite 210<br>San Jose, CA 95126<br>Telephone : (408) 286-1351<br>Facsimile : (408) 503-0954<br>Email: SamuelGordonEsq@gmail.com<br><br>JERRY Y. FONG (SBN 99673)<br>**THE LAW OFFICE OF JERRY FONG**<br>885 N. San Antonio Rd., Suite D<br>Los Altos, CA 94022<br>Telephone : (650) 559-1985<br>Facsimile : (650) 322-6779<br>Email: jf@jerryfong.com<br><br>*Attorneys for Plaintiff GUSTAVO ALVAREZ* | JON A. HEABERLIN (SBN 199810)<br>**RANKIN \| STOCK \| HEABERLIN \| ONEAL**<br>96 No. Third Street, Suite 500<br>San Jose, California 95112-7709<br>Telephone : (408) 293-0463<br>Facsimile : (408) 293-9514<br>Email: jon@rankinstock.com<br><br>*Attorneys for Defendants CITY OF PALO ALTO (also sued as "CITY OF PALO ALTO POLICE DEPARTMENT") and PALO ALTO POLICE CHIEF ROBERT JONSEN*<br><br>DALE L. ALLEN, JR. (SBN 145279)<br>PHILIP J. DOWNS, JR. (SBN 302939)<br>**ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP.**<br>180 Montgomery St., Suite 1200<br>San Francisco, CA 94104<br>Telephone : (415) 697-2000<br>Facsimile : (415) 813-2045<br>Email: dallen@aghwlaw.com<br><br>*Attorneys for Defendant PALO ALTO POLICE SGT. WAYNE BENITEZ* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO ALVAREZ,<br><br>   Plaintiff,<br><br> v.<br><br>CITY OF PALO ALTO *et al*.,<br><br>   Defendants. | Case No. 5:19-cv-02328-NC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

//

TODD H. MASTER (SBN 185881)
**HOWARD, ROME, MARTIN & RIDLEY, LLP**
1900 O'Farrell St., Suite 280
San Mateo, California 94403-1387
Telephone : (650) 365-7715
Facsimile : (650) 364-5297
Email: tmaster@hrmrlaw.com

*Attorneys for Defendant OFFICER CHRISTOPHER CONDE*

MARK E. DAVIS (SBN 79936)
STEVEN B. DIPPELL (SBN 121217)
**DAVIS & YOUNG, APLC**
1960 The Alameda, Suite 210
San Jose, CA 95126
Telephone : (669) 245-4200
Facsimile : (408) 985-1814
Email: sdippell@davisyounglaw.com

*Attorneys for Defendants POLICE AGENT THOMAS ALAN DESTEFANO, JR., POLICE OFFICER MATTHEW HUBBARD AND POLICE OFFICER IAN JOHNSON*

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this matter shall be dismissed with prejudice, in its entirety, pursuant to FRCP 41(a)(ii).

DATED: /s/Dec. 29, 2019  THE SALFEN LAW FIRM

By:    */s/ Cody B.K. Salfen*
    CODY B.K. SALFEN
    *Attorneys for Plaintiff*

DATED: /s/ Dec. 29, 2019  RANKIN | STOCK | HEABERLIN | ONEAL

By:    */s/ Jon A. Heaberlin*
    JON A. HEABERLIN
    *Attorneys for Defendants City of Palo Alto,*
    *Police Chief Robert Jonsen*

| | | |
|---|---|---|
| DATED: s/ Dec. 29, 2019 | | ALLEN, GLAESSNER, HAZELWOOD & WERTH |
| | By: | */s/ Dale L. Allen Jr.* |
| | | DALE L. ALLEN, JR. |
| | | *Attorneys for Defendant Sgt. Wayne Benitez* |

| | | |
|---|---|---|
| DATED: /s/ Dec. 27, 2019 | | DAVIS & YOUNG |
| | By: | */s/ Steve Dippell* |
| | | STEVE B. DIPPELL |
| | | *Attorneys for Defendants Officers Matthew Hubbard, Ian Johnson, and Agent Thomas DeStefano* |

| | | |
|---|---|---|
| DATED: /s/ Dec. 29, 2019 | | HOWARD, ROME, MARTIN & RIDLEY |
| | By: | */s/ Todd H. Master* |
| | | TODD H. MASTER |
| | | *Attorneys for Defendant Officer Christopher Conde* |

## **ORDER**

Stipulation having been made, this case is hereby DISMISSED WITH PREJUDICE. The Clerk is directed to close the Court file.

DATED: December 30, 2019

By: _____
NATHANAEL M. COUSINS
*Magistrate Judge, U.S. District Court for the Northern District of California*

GRANTED
Judge Nathanael M. Cousins

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
- 3 -
CASE No. 5:19-cv-02328-NC